FILED
6/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASANTE GLOVER | Case No. 1:26-cr-00305<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Gabriel A. Fuentes<br>RANDOM / Cat. 4<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) and 924(e)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

1. On or about November 28, 2025, at Naperville, in the Northern District of Illinois, Eastern Division,

ASANTE GLOVER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock, model 21 Gen4, .45 caliber semi-automatic pistol, bearing serial number SHE084, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

2. Before defendant ASANTE GLOVER committed the offense charged in this count, he had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e)(2) that were committed on occasions different from one another.

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes but is not limited to a Glock, model 21 Gen4, .45 caliber semi-automatic pistol, bearing serial number SHE084, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY